

**ORDERED in the Southern District of Florida on June 5, 2017.**

*/s/ Laurel M. Isicoff*
Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                              CASE NO.  13-35165-LMI

JESUS A RODRIGUEZ
        Debtor.
_____/

AGREED ORDER DENYING MOTION TO DISMISS
AND GRANTING MOTION TO MODIFY
(Cancels hearing on June 8, 2017)

THIS CASE came on to be heard on the Trustee's Motion to Dismiss or in the alternative Motion to Modify (130), and based on the record, it is ORDERED as follows:

1. The Motion to Dismiss is denied.

2. The Motion to Modify is granted as the plan base is increased by $10,000.00 from $45,634.71 to $55,634.71.  After the payment of Trustee fees, the Trustee shall disburse $500.00 in attorney fees to Ricardo R Corona, Esq and the balance of the funds to the unsecured creditors.

3. The debtor's first monthly payment to the Trustee under this order will commence on June 21, 2017.  The payments will be in the amount of $588.24 for months 44 - 59 and $588.16

month 60.  The Debtor may pay the amount due in full without further motion or order.

     4.  Pursuant to Local Rule 3070-1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney.  The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45-day period. If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non-compliance and the case will be dismissed without further notice or hearing. Dismissal shall be with prejudice to the debtor filing any new bankruptcy case in any federal bankruptcy court in the United States for a period of 180 days from entry of the order of dismissal. The court will not extend these deadlines absent extraordinary circumstances.

                                                                             * * *

                                  Submitted by
                                      NANCY K. NEIDICH, ESQUIRE
                                      STANDING CHAPTER 13 TRUSTEE
                                      P.O. BOX 279806
                                      MIRAMAR, FL 33027
                                      (954)  443-4402

Nancy K Neidich, Esq, Chapter 13 Trustee, is directed to serve a conformed copy of this Order to all interested parties immediately upon receipt and filed a certificate of service with the Clerk of the Court