

**ORDERED in the Southern District of Florida on January 22, 2018.**

*Laurel M. Isicoff*
**Laurel M. Isicoff
Chief United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| In re: | Case No.: 13-35165-LMI |
| | Chapter 13 |
| JESUS A RODRIGUEZ, | |
| Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION FOR RELIEF FROM
AUTOMATIC STAY FILED BY COLONIAL SAVINGS, F.A.**

**THIS CASE** came before the Court for hearing January 9, 2018 at 9:00 a.m. upon the Motion for Relief from the Automatic Stay filed by Colonial Savings, F.A. (Doc. No. 137), and the Court, having reviewed the Motion and the file and being otherwise duly advised in the premises, it is ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to

Secured Creditor's interest in the real property located 9360 Fontainebleau Blvd 606, Miami, Florida 33172 (the "Property"), legally described as:

> Condominiums Unit No. D606 of Fountains at Fontainebleau Condominium, a Condominium, according to the Declaration of Condominium thereof, as recorded in Official Records Book 19226, Page 2029, and any amendments thereto, if any, of the Public Records of Miami-Dade County, Florida, together with an undivided interest in the common areas, of any.

3. The relief granted here permits Secured Creditor, its successors and/or assigns, to seek and obtain an *in rem* judgment against the Property only and does not permit Secured Creditor to seek or obtain *in personam* relief against the Debtor.

4. The relief granted here permits Secured Creditor, its successors and/or assigns, to commence and/or continue through judgment, sale, certificate of title and possession, a foreclosure against the Property described above.

5. Secured Creditor, at its option, is permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements. The entry of this Order does not absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such a loan modification.

###

**Submitted by:**
Melbalynn Fisher, Esq.
McCalla Raymer Leibert Pierce, LLC
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, FL 33301
Phone:  (954) 526-5846
Fax:  (954) 526-5846
Email: melbalynn.fisher@mccalla.com

The party submitting this order shall serve a copy of the signed order on all parties listed below and file with the court a certificate of service conforming with Local Rule 2002-1(F).

- Jesus A Rodriguez, 9360 Fontainebleau Boulevard, Apartment D606, Miami, FL   33172
- Muhammad Esa Ahmed ecf@gladstonelawgroup.com, esa.ahmed.law@gmail.com
- Ricardo Corona bk@coronapa.com
- Michelle Garcia Gilbert mgilbert@gilbertgrouplaw.com, bankruptcy@gilbertgrouplaw.com
- Amy M Kiser bankruptcy@gilbertgrouplaw.com
- Nancy K. Neidich e2c8f01@ch13miami.com, ecf2@ch13miami.com
- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov
- Ashley Prager Popowitz Ashley.popowitz@mccalla.com, flbkecf@mccalla.com